IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 4:10cr1-SPM

DOCK LORENZO MCGRIFF, JR.,

            Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

            Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, DOCK LORENZO MCGRIFF, JR., to

Counts One and Four of the indictment is hereby ACCEPTED.  All parties shall

appear before this Court for sentencing as directed.

            DONE AND ORDERED this 3rd day of March, 2010.


            _s/ Stephan P. Mickle_____
            Stephan P. Mickle
            Chief United States District Judge