# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **v.**                                **CASE NOS . 4:10-cr-1-MW/CAS**
                                                    **and 4:11-cv-377-MW/CAS**

**DOCK LORENZO McGRIFF, JR.,**

    **Defendant/Petitioner,**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.143, filed October 25, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "The motion to vacate, set aside or correct sentence, ECF No. 133, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 19, 2013.**

                                                  **s/Mark E. Walker**
                                                  **United States District Judge**